| | |
|---|---|
| 1 | Joseph R. Manning, Jr. (SBN 223381) |
| 2 | DisabilityRights@manninglawoffice.com |
|   | **MANNING LAW, APC** |
| 3 | 20062 SW Birch Street, Suite 200 |
|   | Newport Beach, CA 92660 |
| 4 | Tel: 949.200.8755 / Fax: 866.843.8308 |
| 5 | Attorneys for Plaintiff: |
| 6 | ANTHONY BOUYER |
| 7 | **JEFFER, MANGELS, BUTLER & MITCHELL LLP** |
| 8 | Martin H. Orlick (Bar No. 083908), MOrlick@jmbm.com |
|   | Stuart K. Tubis (Bar No. 278278), skt@jmbm.com |
| 9 | Two Embarcadero Center, Fifth Floor |
| 10 | San Francisco, California 94111-3813 |
|    | Telephone: (415) 398-8080 |
| 11 | Facsimile: (415) 398-5584 |
| 12 | |
| 13 | Attorneys for Defendant |
|    | BREIT PDS PROPERTY OWNER LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | Case No.: 2:20-cv-06385-MCS-E |
| | Hon. Mark C. Scarsi |
| Plaintiff, | |
| | **JOINT STIPULATION FOR** |
| v. | **DISMISSAL OF THE ENTIRE** |
| | **ACTION WITH PREJUDICE** |
| BREIT PDS PROPERTY OWNER LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | Complaint Filed: July 17, 2020 |
| | Trial Date: None |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY BOUYER ("Plaintiff") and BREIT PDS PROPERTY OWNER LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 23, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   Anthony Bouyer

DATED: December 23, 2020

**JEFFER, MANGELS, BUTLER & MITCHELL LLP**

By: /s/ *Stuart K. Tubis*
   Stuart K. Tubis
   Attorneys for Defendant
   Breit PDS Property Owner LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 23, 2020      By: /s/ *Joseph R. Manning, Jr.*